# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-441-696
**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title
**Title of Work:** Strawberry Flowers Pattern

## Completion/Publication
**Year of Completion:** 2020
**Date of 1st Publication:** December 22, 2020
**Nation of 1st Publication:** United States

## Author
- **Author:** Sandra Hutter
  **Author Created:** 2-D artwork
  **Citizen of:** Austria

## Copyright Claimant
**Copyright Claimant:** Sandra Hutter
Severin-Schreiber-Gasse 5/1 04, Vienna, 1180, Austria

## Rights and Permissions
**Name:** Sandra Hutter
**Email:** studio@sandrahutter.com
**Address:** Severin-Schreiber-Gasse 5/1 04
Vienna 1180 Austria

## Certification
**Name:** David Denholm
**Date:** March 03, 2025
**Applicant's Tracking Number:** SH2025030302

