IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA HUTTER, <br><br> Plaintiffs, <br><br> v. <br><br> COVVOLIY, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-1839 <br><br> Judge Stickman |

### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Stanley D. Ference in Support of Request to Enter Default hereto attached. Entering these defaults will not close the case because other Defendants, not included in this Schedule "A" have responded.

Respectfully submitted,

Dated: February 18, 2026

/s/Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile
Attorneys for the Plaintiff