## 2:25-cv-01839 Sandra Hutter
## Judge Stickman

**FIRST AMENDED SCHEDULE**

| No. | Defendant / Seller | Account ID |
|---|---|---|
| 1 | Covvoliy | A1KSG9IIFL36SZ |
| 5 | yichangsipuwangluoyouxiangongsi | A6Y38UL060Y1Y |
| 7 | Be-brave | A205KKK8VE2VL6 |
| 8 | Lucikamy | A3SWM50SCHRY74 |
| 9 | Winioder | AGMKB0KO1LWRQ |
| 12 | XARAZA | AOHGFP7AH2ZL1 |
| 19 | shizhengi | A1PUDN75M8ZXSZ |
| 20 | Boombing | AYJRG9D22FMU2 |
| 24 | Mubineo | ALJ4E9IZ8KA8M |
| 26 | faghde 7-15 Days Arrival | A3MI6SN44M9CAU |
| 28 | FYBITBO | A2WYJFS3ONZ6L0 |
| 32 | Orlysa | AZBITL2K1B6A7 |
| 33 | SAYOO | A2UGPS7DNZB5Z5 |
| 34 | luoyepiaopiao | A1U9U1CPA0B40E |
| 35 | Hnyenmcko-Direct | AAK3DF8OH3ERB |
| 36 | DYDOU | A37KZ5024TIC0Y |
| 37 | PolyOxenic-US | A2PKW19BGVUARB |
| 38 | SA-Toy | A3DLNQTG66U2IT |
| 39 | Pevtufa | AHG9PNPM7WPFI |
| 41 | Chen heng feng | AL6Z15QF0O9RY |
| 42 | XINHAICAIYANG | A7A0UE9YR58C4 |
| 43 | Fstudio | A277IXEHNEN6OX |
| 44 | LoiFa | A3LEURN09TP1XV |
| 45 | Oyisca | A24I9SA2LJLXI3 |
| 47 | Mosytuky | A1TEST1NMW15WH |
| 50 | Hong ming he | A1JXC58YAC5MZJ |
| 51 | POUKE | A15Q3CPYL8AXCM |
| 52 | LanKen | A3RU86RBWBTTTY |
| 53 | Fuchen | A1V1AD6BKDPO8U |
| 54 | Lancerry | A1W248TLDDNC9J |
| 56 | YYYDIANZISHANGWU | A1VTMF50VYYQ49 |
| 57 | wenjia shop | A38KIPHLC8K0CW |
| 58 | rushuang | A2W6WOXXWWPUGT |
| 61 | Rtovo | A1IY3TU0TUPOWM |
| 63 | jiaxin shop | A3F0Q64JGCX6B7 |
| 64 | caozhongliang | A1YWYUH6TRPGO2 |
| 65 | heyuanzhangmaifuzhuang | A377AZQFIOWAJC |
| 66 | shdagg | A2SX16JSLTRE8K |
| 67 | ZHANGHONGWEIMAIYIFU | A1HRM0L6GV1EDW |
| 70 | anqingshenqiangshangmaoyouxiangongsi | AL9TI4DQE3IEZ |
| 71 | POFATO FRAMES | AMPUJE7IOECZZ |
| 72 | Goodlucky Store | A3W2YOX51UN9WR |

| | | |
|---|---|---|
| 73 | Vomwwlix | A1UPCMOPSPI08U |
| 75 | Hryg | A1GC1WEDVK6FB6 |
| 76 | kingpan | A23EUKZGL7S7LI |
| 77 | Huizhiyoubaihuo-US | A1VJWUVTL8WC0A |
| 83 | DNSHENG | A1OYZMPHZYOR95 |
| 86 | Bianke | A3VWKDW1EOBL4G |
| 87 | Dounengyin | A1OYWNYBMIAD1R |
| 88 | LiuChaoLi56 | A3GEL8UKT98WBP |
| 89 | GuiZhouXiLiuShangMaoYouXianGongSi | AFCEIFDT9PZ2M |
| 91 | ASJJDE | A3F5RRHL1KRMKK |
| 93 | fujianlonghushan | A3L2VS4YFZSDF |
| 95 | Vosery | A12C06AY1IH91X |
| 96 | muishibaby | A1X05HUIWFCTJI |
| 99 | keluxi | A2926IQ85WURBI |
| 100 | geoumaoyi | A3O2GZE7T1HUJU |
| 103 | KHGBT STORE | A391670KRM1KV8 |
| 104 | GANGKUNS | A2T6FG7IIEYY97 |
| 105 | XSYXSN US Direct Store | A32BG8XCEZ39HP |
| 106 | qiranmaoyiyouxingongsi | A1MGU53WIZWNA8 |
| 107 | PTPLMM DIY | AVLI8K15DAO2I |
| 110 | happywindman | A3O1R1CVVSSZJN |
| 112 | Msauto | AKFH36999QIO5 |
| 113 | JasonJon | ADMKG2MQCSQMH |
| 115 | Dream Bay | A10O8J09DIUEMY |
| 117 | Zoofoo | A1XPM1L5985AZF |
| 122 | SXlihui | A3CZ2Z9YY3CDLM |
| 125 | hlgff | A26P9PCUL81BTC |
| 126 | Jmjhy | A22O01RAM0E7P1 |
| 128 | suixianjiyuanbaihuolingshoushanghanggetigongshangh | A1DZPGLSY2DGVW |
| 129 | BZH-US | A2AQKZ7F81Q3TE |
| 130 | JTMTYWW | A1L4W7K6KEVKJ7 |
| 132 | ducanll | A2IA1662BQCTF |
| 138 | Huede | A2J2ERI108URT5 |
| 139 | sscrrtyer | A3551ZJRV60GCH |
| 140 | Decaistore | A27EYB1650N1C0 |
| 141 | FINOWIN Boutique | A13BJL17QBJU9P |
| 142 | Ceiurey | AEA7GBWUCGHVG |
| 143 | tuanni3841 | A1LWKIZ3BJCC4G |
| 144 | DINGSHENGXINRUI | AORWVR4OZKZNH |
| 145 | HOMEWFF | AR9YUSCGAKVO8 |
| 148 | Dehozo's Official Store | A1LRT2VHCUP16O |
| 152 | XMCJQ | A2J4PQFMKOKGM8 |
| 153 | Famame Bag Store | A1915QTXQVCP49 |
| 156 | SHENGLIANGTUO | A1XWE4ZW7QSX0C |
| 157 | Guangzhou Weifuda Trading Co., Ltd. | AGOIWHFDDP989 |
| 158 | QeLen | A212ZABY57KN2H |
| 159 | YETOONE | A1EEQYOOELFKEI |
| 162 | MingMin Hu | A1JOVFTHN3M1D8 |

| | | |
|---|---|---|
| 163 | Custom Universal | A2REVWE8079ZFW |
| 165 | LYQJ | A2LFMZ4MA1BWLK |
| 166 | PuYangYouZhuoWangLuoKeJiYouXianGongSi | AWUEDF16VR01T |
| 168 | HQFFPOO | A3P6V03R5YNM1K |
| 170 | WBDYJD | A1GL02S85LVL2Z |
| 171 | chenrongjiaju | A1OS5PRU33E269 |
| 178 | WIHUKUY | A13B7AKIJ880AI |
| 180 | ShaoYi(ShangHai)JianCaiZhuangShiYouXianGongSi | A3DKBDCDKJ8T1A |
| 181 | BSADKJFQO | A2ADZ4N4Z6BUOD |
| 182 | chuming's Clothing | 101620892; 10001640241 |
| 183 | fangchui's Clothing | 101622210; 10001641559 |
| 184 | MIMIGOGO Kidsfashion | 101641399; 10001660749 |
| 185 | Baohuaixin | 101491254; 10001510603 |
| 186 | Baby Clothing Store | 101578216; 10001597566 |
| 187 | ClothJoy | 101632249; 10001651601 |
| 188 | chunnian's Clothing | 101637095; 10001656448 |
| 189 | Envi Fashions | 101607893; 10001627243 |
| 190 | CUTEBB | 101642523; 10001661872 |
| 191 | PATECK | 101501188; 10001520537 |
| 192 | XINGHAI | 102617474; 10002636860 |
| 194 | Lnzyyephy | 101607886; 10001627237 |
| 195 | ThreadHub | 101625694; 10001645044 |
| 196 | Caoirhny | 101578167; 10001597518 |
| 197 | NZNDSHD | 101617196; 10001636546 |
| 198 | Lalahahalunl | 101587191; 10001606544 |
| 199 | AIMILI | 101620804; 10001640154 |
| 200 | Asashitenel Fashion | 101618446; 10001637796 |
| 201 | LOLIUICCA FASHION | 101640916; 10001660265 |
| 202 | Mildsown FASHION | 101577438; 10001596788 |
| 203 | KOI-Superin | 102491021; 10002510378 |
| 204 | Fan Home clothing store | 101624838; 10001644187 |
| 205 | Raspberries Baby | 101580017; 10001599367 |
| 206 | Huizhoushijinxinjiaju | 102617565; 10002636951 |
| 207 | tiefan's Clothing | 101617108; 10001636457 |
| 208 | Chic Tots | 101585477; 10001604827 |
| 209 | Happy Lifes Clothing | 101634681; 10001654032 |
| 210 | BeautifulClothes | 101491443; 10001510793 |
| 211 | Qtinghua Fashion | 101231989; 10001251349 |
| 212 | Yoummi | 101484286; 10001503637 |
| 213 | BrilliantMe Clothing | 101579084; 10001598435 |
| 214 | Beautybabyya | 101580982; 10001600333 |
| 215 | StitchTalk | 101616242; 10001635591 |
| 216 | Little Dreamers | 101610866; 10001630215 |
| 217 | SJJQUM Co.Ltd | 101501175; 10001520527 |
| 218 | Imcute | 101575584; 10001594934 |
| 219 | SXYPAYXS FASHION | 101575664; 10001595015 |
| 220 | jingdezhenhuanshiman | 102639060; 10002658462 |
| 221 | songguoronggegearong | 102572198; 10002591578 |

| | | |
|---|---|---|
| 223 | ZhouWenJieWireless022 | 102495797; 10002515154 |
| 224 | Wellry | 102670035; 10002689441 |
| 225 | Solo show | 102755098; 10002774549 |
| 226 | ChuXiongLiXing001 | 101649957; 10001669310 |
| 228 | mianbashangmao | 102797431; 10002816969 |
| 229 | TianJiaLeWireless | 101650870; 10001670220 |
| 236 | hongjunshop | 102767537; 10002787011 |
| 237 | Juoritu | 101693197; 10001712552 |
| 238 | yuyuTrading Co.Ltd | 101295803; 10001315163 |
| 239 | Yingqianstore | 101623564; 10001642915 |
| 240 | Yanchi Li | 102893043; 10002913000 |
| 244 | Yonglu Liu | 102823743; 10002843356 |
| 245 | YiMingWireless | 102487714; 10002507071 |
| 250 | haoyu wang | 102761913; 10002781382 |
| 251 | shiyoumaoyi | 102480519; 10002499876 |
| 252 | NICKSUN Store | 101328925; 10001348283 |
| 253 | Leyu-US | 102518302; 10002537667 |
| 254 | CraftedYou | 634418219323889 |
| 255 | YXYhoome | 634418222191571 |
| 256 | Emporium MD | 634418220181408 |
| 257 | Stitchify | 634418219389869 |
| 258 | Attire Mirage | 634418218241470 |
| 259 | Creat Curtains | 634418219759717 |
| 260 | ChicTeeHub | 634418218259845 |
| 261 | DreamVibe | 634418217902724 |
| 262 | Cool Men Hall | 634418218260013 |
| 263 | Cozy Haven Decor | 634418222389791 |
| 264 | Havenly Home Decor | 634418220200195 |
| 265 | WANZSM | 634418218330655 |
| 266 | WZBTYSM | 634418223604569 |
| 267 | RCONEE | 634418221024031 |
| 268 | HearthThreads | 634418219523435 |
| 270 | JPlongye | 634418218414667 |
| 271 | ThreadBox | 634418219962423 |
| 272 | SIGN SIGN SHOP | 634418223978843 |
| 273 | Fuy room | 634418222204320 |
| 274 | Punk Style Fashion | 634418217048336 |
| 275 | YU JIAJU | 634418219457642 |
| 276 | BelloBox | 634418222366212 |
| 277 | JPHZJZ | 634418220355233 |
| 278 | Snuglio | 634418222361414 |
| 279 | Iron Gardenia | 634418218687483 |
| 280 | Wovely | 634418221718268 |
| 281 | JPZJAA | 634418219115551 |
| 282 | ColorBlock | 634418222368683 |
| 283 | HLJP GG | 634418218969701 |
| 284 | HZZart | 634418221047767 |
| 285 | HNXBWH | 634418220527191 |

| | | |
|---|---|---|
| 286 | Star Mugs | 634418218918548 |
| 287 | FlagVerve | 634418222373082 |
| 288 | TRENDYTROVE TOWELS | 634418220259094 |
| 289 | CoCool Shirt | 634418217015598 |
| 290 | CraftLoom | 634418222148609 |
| 291 | StylishDecor | 634418213137444 |
| 293 | Madeora | 634418221717509 |
| 295 | Sewvora | 634418222189998 |
| 296 | GiftedStitch Shop | 634418220004813 |
| 297 | ModiFable | 634418222368222 |
| 300 | Trendy Mats | 634418219017979 |
| 301 | StyleMaker | 634418217951688 |
| 302 | ThurTing | 634418216867785 |
| 303 | CraftyGift | 634418222154619 |
| 304 | Lemonflavored oranges | 634418212212613 |
| 305 | niuniu of F floor mat | 634418224291924 |
| 306 | LSAFSMY Fashion Clothing | 634418219561362 |
| 307 | LSAFS Fashion Clothing | 634418219561260 |
| 308 | Household Carpet A | 634418224238807 |
| 309 | Vyrelia | 634418217015470 |
| 310 | ChicWardrobe | 634418217497533 |
| 311 | Serynd | 634418216907693 |
| 312 | Nyxora | 634418216850314 |
| 313 | SHENRUONAN | 634418223571750 |
| 314 | MINGHUASHI | 634418224623660 |
| 315 | haolianggou | 634418223818279 |
| 316 | gogopopin | 634418223721211 |
| 317 | Linglig | 634418223826953 |
| 318 | XiaoDDY | 634418223825410 |
| 319 | Qiuhuu | 634418223827433 |
| 320 | ZHANGJIEJIEJIAXIANG | 634418224320652 |
| 321 | yexiaofengdianzi | 634418223496216 |
| 322 | YYLLIVE | 634418223846452 |
| 323 | PEILIYIN | 634418223987998 |
| 324 | Soffun | 634418222775838 |
| 325 | Bamblo | 634418223943736 |
| 326 | LI AO Aquarius | 634418218460962 |
| 327 | GDASLUTER | 634418222902566 |
| 328 | HeavenMade | 634418224280151 |
| 329 | Vofash | 634418224266281 |
| 330 | CJJ Bathroom | 634418212712438 |
| 331 | Color three | 634418218821429 |
| 332 | NimblePadCreators | 634418221078494 |
| 333 | Xiao Jin Wu | 634418220664034 |
| 334 | chenCCJXX | 634418221019309 |
| 336 | QIANGSG | 634418213885610 |
| 338 | wJsVfT | 634418223210833 |
| 339 | GEEK FIFTEEN | 634418223871291 |

| | | |
|---|---|---|
| 340 | StyleSprout | 634418219009404 |
| 341 | Design Haven | 634418218597527 |
| 342 | APOMLAX | 634418221079274 |
| 343 | TOYEPSSA | 634418222081316 |
| 344 | Axhmqkw | 634418218103766 |
| 346 | OLPQXVR | 634418219345868 |
| 347 | AUOQDT | 634418221726232 |
| 348 | SDGJETIR | 634418222081168 |
| 350 | CRVZMBE | 634418222085977 |
| 351 | birilhh | 634418221722782 |
| 353 | Biubue | 634418217252851 |
| 354 | Gywzah | 634418220903305 |
| 355 | Pzzcei | 634418219859757 |
| 356 | Ysfahbt | 634418218748446 |
| 357 | Bnnini | 634418218939987 |
| 358 | Xojdkiu | 634418221079012 |
| 359 | Fqween | 634418220823773 |
| 360 | BNMTYJT | 634418221242431 |
| 363 | Ngsinkj | 634418218642653 |
| 364 | Xttnnun | 634418219560466 |
| 366 | Tzzang | 634418219193044 |
| 367 | Fcvfun | 634418220813573 |
| 368 | Ahxqikx | 634418218573890 |
| 369 | Kwernv | 634418220815062 |
| 370 | Lzmmunt | 634418219341922 |
| 371 | Kccnuaa | 634418219560725 |
| 373 | Liyhnz | 634418220903224 |
| 374 | Vveee | 634418217564454 |
| 375 | USSWTWT | 634418219539681 |
| 376 | SWATQD | 634418221724043 |
| 377 | Hccion | 634418220851847 |
| 378 | VNSSCVXT | 634418222083476 |
| 379 | Rvzzvxt | 634418219070389 |
| 380 | Iylhxtb | 634418218510252 |
| 381 | SKLDOL | 634418219249365 |
| 382 | IJVPNYA | 634418221638411 |
| 383 | CVREHJKL | 634418222082903 |
| 384 | HYPVRC | 634418219249408 |
| 385 | Thniyrt | 634418219353200 |
| 387 | Tjhgk | 634418217253023 |
| 388 | Tauaqn | 634418221002268 |
| 390 | Looungn | 634418219560390 |
| 391 | Hvdwkxv | 634418221078847 |
| 392 | GlLFDCD | 634418219340911 |
| 393 | RFVCDED | 634418222087332 |
| 394 | Zaohohn | 634418219542912 |
| 395 | Wbosttr | 634418218742532 |
| 396 | Zocysrd | 634418218716865 |