IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA HUTTER, | | Civil Action No. |
| | Plaintiffs, | 25-cv-01839 |
| v. | | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | | |
| | Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 2 | honkity |
| 3 | Molgkyo-Direct |
| 4 | super saiya 7-12 Days Arrival |
| 6 | QQQQQQQ1 |
| 10 | Emmababy Store |
| 11 | MAIKAIXIN |
| 13 | Gureui Baby Clothes Store |
| 14 | Xoulleem |
| 15 | doublebabyjoy(7-12 Days Arrival) |
| 16 | BOqidianzi |
| 17 | BULINGNA |
| 18 | meilii |
| 21 | BOLINYA |
| 22 | Biayxms |
| 23 | spring2020 |
| 25 | Sadongli |
| 27 | One opening |

| 29 | Loiseery |
|---|---|
| 30 | KUGUYIBO |
| 31 | Mialoley |
| 40 | Shian Ti |
| 46 | USCHIFIYU |
| 48 | WHBAG |
| 55 | LITTLE SORREL INC |
| 59 | HUAYIDIANZI |
| 60 | ShiRuYi |
| 62 | DDCBNS Store |
| 68 | Rust Steel Trade Shop |
| 69 | HIAXI' |
| 74 | baiguandianzi |
| 78 | KJIZMO |
| 79 | ZZAEO |
| 80 | ZKING |
| 81 | AYXXKJ |
| 82 | LLRline |
| 84 | Inshere Timming |
| 85 | JONSEQINER |
| 90 | Castle Fairy |
| 92 | guangzhouyiyuweishangmaoyouxiangongsi |
| 94 | Luo Jiabin |
| 97 | Sorelink technologies |
| 98 | Seorsok |
| 101 | kwangsifa |
| 102 | MOYYO |
| 108 | Lanyinn |
| 111 | rui-ba-ba |
| 114 | sunwei0159 |
| 116 | Sqrong |
| 118 | elightvapcase |
| 119 | Kurtect |
| 120 | SMXVRC Store |
| 121 | jianlinsenssddddddd |
| 123 | yashilaiyaUS |
| 124 | Ryvnso |
| 127 | hgc996 |
| 131 | ZIHENGTRADE |

| | |
|---|---|
| 133 | BAEKJIN |
| 134 | CafeTime |
| 135 | Moonlit Path Home Decor |
| 136 | BSNTHO-HOME |
| 137 | Huimoulian |
| 146 | Chengzhen Decor |
| 147 | zanlin |
| 149 | haikouguoqijunmaoyiyouxiangongsi |
| 150 | Foiosoh |
| 151 | Guangzhouyuxingdianzishangwuyouxiangongsi |
| 154 | CLveg |
| 155 | SmoafflyUS |
| 160 | CHIFIGNO |
| 161 | BOXINHUI |
| 164 | Guangzhouyufeishangmaoyouxiangongsi |
| 167 | yixinzhuanjin |
| 169 | Wen Bin water ear tag |
| 172 | QINGDAOSIZHENGSHANGMAOYOUXIANGONGSI2 |
| 173 | EDGFRTOIO |
| 174 | Fengfengfei |
| 175 | guowenhh |
| 176 | KQCLXYSD |
| 177 | CKHTER |
| 179 | Lotupokon |
| 193 | shenzhenshiwenminwangluokeji |
| 222 | zhanweisen |
| 227 | Minyu Town Small Shop |
| 230 | FastFashionHub |
| 231 | zhi xian jiao |
| 232 | EverydayStyle |
| 233 | Penan Migration Company |
| 234 | Rayrangel Corporation |
| 235 | FASHION CORNER |
| 241 | Plain water trade |
| 242 | Yaliokey |
| 243 | DongJinDingZhi |
| 246 | Jinyang Trading Co., Ltd. |
| 247 | bangruimaoyi |
| 248 | BloomHaus |

| 249 | maoyilili |
|---|---|
| 269 | PJM SQ |
| 292 | GG Warm Home |
| 294 | XI XI RUG |
| 298 | Happy household items |
| 299 | FASHION MAX RUG |
| 335 | Graerry |
| 337 | SAROR Daily Necessities Shop |
| 345 | Rimvzfc |
| 349 | VRAWDZ |
| 352 | Autggn |
| 361 | Swim Stars |
| 362 | Flower swimming |
| 365 | MVRDMR |
| 372 | QYWXVMZ |
| 386 | maxhbsq |
| 389 | Zvwuqsa |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                Respectfully submitted,

Dated: March 6, 2026        /s/ Stanley D. Ference III
                Stanley D. Ference III
                Pa. ID No. 59899
                courts@ferencelaw.com

                FERENCE & ASSOCIATES LLC
                409 Broad Street
                Pittsburgh, Pennsylvania 15143
                (412) 741-8400 – Telephone
                (412) 741-9292 – Facsimile

                Attorney for Plaintiff