IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SANDRA HUTTER, | Civil Action No. |
| --- | --- |
| Plaintiffs, | 25-cv-01839 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
| --- | --- |
| 1 | Covvoliy |
| 8 | Lucikamy |
| 9 | Winioder |
| 12 | XARAZA |
| 20 | Boombing |
| 24 | Mubineo |
| 28 | FYBITBO |
| 32 | Orlysa |
| 33 | SAYOO |
| 34 | luoyepiaopiao |
| 35 | Hnyenmcko-Direct |
| 41 | Chen heng feng |
| 43 | Fstudio |
| 44 | LoiFa |
| 45 | Oyisca |
| 50 | Hong ming he |
| 51 | POUKE |

| 52 | LanKen |
|---|---|
| 54 | Lancerry |
| 71 | POFATO FRAMES |
| 76 | kingpan |
| 93 | fujianlonghushan |
| 96 | muishibaby |
| 99 | keluxi |
| 100 | geoumaoyi |
| 107 | PTPLMM DIY |
| 110 | happywindman |
| 112 | Msauto |
| 113 | JasonJon |
| 122 | SXlihui |
| 125 | hlgff |
| 126 | Jmjhy |
| 139 | sscrrtyer |
| 140 | Decaistore |
| 142 | Ceiurey |
| 145 | HOMEWFF |
| 153 | Famame Bag Store |
| 158 | QeLen |
| 163 | Custom Universal |
| 181 | BSADKJFQO |
| 195 | ThreadHub |
| 209 | Happy Lifes Clothing |
| 220 | jingdezhenhuanshiman |
| 238 | yuyuTrading Co.Ltd |
| 239 | Yingqianstore |
| 252 | NICKSUN Store |
| 265 | WANZSM |
| 266 | WZBTYSM |
| 376 | SWATQD |
| 380 | Iylhxtb |
| 381 | SKLDOL |
| 384 | HYPVRC |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 13, 2026 | /s/ Stanley D. Ference III |
|  | Stanley D. Ference III |
|  | Pa. ID No. 59899 |
|  | courts@ferencelaw.com |

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff